# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDIGUS LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-505-LPS-CJB |
| ) | |
| ENDOCHOICE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ENDOCHOICE, INC., ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| MEDIGUS LTD. and MEDIGUS USA LLC, ) | |
| ) | |
| Counterclaim-Defendants. ) | |
| ) | |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff and Counterclaim-Defendant Medigus Ltd. and Counterclaim Defendant Medigus USA LLC (collectively "Medigus") and Defendant and Counterclaim Plaintiff Endochoice, Inc. respectfully move this Court to conduct a teleconference to address an outstanding dispute regarding discovery matters.

As a result of the Court's June 16, 2016 Oral Order, the parties will provide submissions and present their respective positions consistent with the Court's prior order regarding discovery matters during a teleconference on July 13, 2016 at 1:00 p.m. Eastern time, with counsel for Medigus to initiate the call.

{01121917;v1 }

| | |
|---|---|
| ASHBY & GEDDES | FISH & RICHARDSON P.C. |
| /s/ *John G. Day* | /s/ *Martina Tyreus Hufnal* |
| _____ | _____ |
| John G. Day (#2403) | Martina Tyreus Hufnal (#4771) |
| 500 Delaware Avenue, 8th Floor | 222 Delaware Avenue, 17th Floor |
| P.O. Box 1150 | P.O. Box 1114 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 654-1888 | (302) 652-5070 |
| jday@ashby-geddes.com | hufnal@fr.com |
| *Attorney for Plaintiff and Counterclaim Defendants* | *Attorneys for Defendant and Counterclaimant* |

June 16, 2016